UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Acadia Insurance Company</u>

v.                                    Civil No. 17-cv-138-JD

<u>T. Buck Construction, Inc.</u>

**J U D G M E N T**

In accordance with the Order dated July 24, 2017, by District Judge Joseph A. DiClerico, Jr., judgment is hereby entered.

By the Court,

_____
Daniel J. Lynch, Clerk
United States District Court

Date: July 25, 2017

cc:   Michael F. Aylward, Esq.
      Linda M. Smith, Esq.